## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ROBERT DUSCH,                                    CIVIL ACTION
JON KASCHAUER,
JOSEPH SURMACY,                                  No. 08-1021
    Plaintiffs,

                                                Filed on behalf of Luke Ravenstahl and the
    v.                                           City of Pittsburgh,
                                                Petitioners

HOUSING AUTHORITY OF PITTSBURGH,
    Defendant.                                   ELECTRONICALLY FILED

### ORDER OF COURT

AND NOW, this __13th__ day of ___Aug  09___ after consideration

of the Petitioner's Motion to Quash Subpoena and Brief in Support thereof, said Motion is

GRANTED.  Plaintiff is precluded from issuing or serving a subpoena upon Mayor Luke

Ravenstahl, or otherwise compelling his attendance at court or at a deposition

                                             BY THE COURT:

                                             JUDGE GARY L LANCASTER